1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11

12    THEODORE O'DELL WILSON,            )     No.  CV 10-02306-MMM (PLA)
                                         )
13                   Petitioner,         )     **ORDER ADOPTING MAGISTRATE**
                                         )     **JUDGE'S FINAL REPORT AND**
14            v.                         )     **RECOMMENDATION**
                                         )
15    ARNOLD SCHWARZENEGGER,             )
      Governor, et al.,                  )
16                                       )
                                         )
17                   Respondents.        )
      _____)

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

20    magistrate judge's final report and recommendation and petitioner's objections. The Court agrees

21    with the recommendations of the magistrate judge.

22          ACCORDINGLY, IT IS ORDERED:

23          1.     The final report and recommendation is adopted.

24          2.     Judgment shall be entered consistent with this order.

25          3.     The clerk shall serve this order and the judgment on all counsel or parties of record.

26

27    DATED:  December 21, 2010                    _Margaret M. Morrow_
                                                   HONORABLE MARGARET M. MORROW
28                                                 UNITED STATES DISTRICT JUDGE