1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10                        **WESTERN DIVISION**
11
12   THEODORE O'DELL WILSON,          )    No. CV 10-02306-MMM (PLA)
                                      )
13                  Petitioner,       )    **JUDGMENT**
                                      )
14          v.                        )
                                      )
15   ARNOLD SCHWARZENEGGER,           )
     Governor, et al.,                )
16                                    )
                    Respondents.      )
17   _____)
18
19          Pursuant to the order adopting the magistrate judge's final report and
20   recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with
21   prejudice.
22
23   DATED:  December 21, 2010
                                          _____
24                                        HONORABLE MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28